**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **EDWARD JAMES GERMANY, #1562965** | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 3:10-CV-0118-D |
| | § | |
| **JOHN DOE, Officer from Brazoria County Sheriff Department,** | § § | |
| Defendant. | § | |

## ORDER

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Following *de novo* review, the court adopts the findings, conclusions, and recommendation of the United States Magistrate Judge and denies plaintiff's motion to proceed *in forma pauperis* as moot.

**SO ORDERED**.

April 12, 2010.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE